UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE SEITEL, INC.<br>SECURITIES LITIGATION | Civil Action No. 02-1566 |

## FINAL ORDER DISMISSING ACTION WITH PREJUDICE

Came on for consideration on this the ____ day of _____, 2007, the parties' Agreed Motion to Dismiss With Prejudice, and the Court is of the opinion that such motion should in all things be granted.

IT IS THEREFORE ORDERED that:

1. This action, including any and all claims and causes of action that have been or could have been asserted in this action by Plaintiffs against Ernst & Young LLP, be and hereby is dismissed with prejudice.

2. Each party is to bear its own costs and attorney fees and costs.

IT IS SO ORDERED.

DATE: _____          _____
                                UNITED STATES DISTRICT JUDGE

Dallas 1300417v1

FINAL ORDER DISMISSING ACTION WITH PREJUDICE